UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| RYAN SLOWIK, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) 3:22-CV-00188-DCLC-DCP<br>) |
| v. | )<br>)<br>) |
| KEITH LAMBERT, | )<br>)<br>) |
| Defendant. | )<br>) |

## JUDGMENT

For the reasons stated in the Memorandum Opinion and Order, Defendant's Motion for Summary Judgment is **GRANTED** and Counts I-III are **DISMISSED WITH PREJUDICE.** The remaining state law claims (Counts III-X) are **DISMISSED WITHOUT PREJUDICE**. The clerk is DIRECTED to close the case.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge

ENTERED AS JUDGMENT:

s/LeAnna Wilson
Clerk of Court